UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

M.R., individually and on behalf of G.V.,
a child with a disability,

                                   Plaintiffs,

                 – against –

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                  Defendant.

---------------------------------------------------------------------X

**STIPULATION OF
DISMISSAL WITH
PREJUDICE PURSUANT
TO RULE 41(a)(1)(A)(ii)**

23-cv-5144 (LJL)(SDA)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any faulty or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Dated:      New York, New York
            January 30, 2024

**Ratcliff Law, PLLC**
*Attorney for Plaintiffs*
145 E. 84th Street
New York, NY 10028
(646) 741-3030
Jennifer@ratclifflaw.org


By: _____
     Jennifer Ratcliff, Esq.

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendant*
100 Church Street, 2nd Fl
New York, New York 10007
(212) 356-1652
ETeszler@law.nyc.gov


By: *s/ Eric Teszler*
     Eric Teszler, Esq.
     Assistant Corporation Counsel